**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. **09-cv-01135-AP**

**COLORADO RAIL PASSENGER ASSOCIATION**,

    Plaintiff,

v.

**FEDERAL TRANSIT ADMINISTRATION,**

    Defendant.

---

**ORDER ON JOINT MOTION FOR BRIEFING SCHEDULE**

---

The parties' Joint Motion for Briefing Deadlines in Lieu of a Scheduling Order (doc. #11), filed August 20, 2009, is **GRANTED**. It is

**ORDERED** that briefing shall proceed as follows:

| | | |
|---|---|---|
| (1) | Administrative Record ("AR") will be filed on or before: | **Sept. 11, 2009** |
| (2) | Plaintiff will file Opening Brief on or before: | **Nov. 18, 2009** |
| (3) | Defendant will file a Response Brief on or before: | **Dec. 20, 2009** |
| (4) | Plaintiff will file a Reply Brief on or before: | **Jan. 4, 2010** |
| (5) | A Sur-Reply, if needed, will be filed by: | **Jan. 14, 2010** |

DATED this 20th day of August, 2009.

                              BY THE COURT:

                              *s/John L. Kane*
                              United States District Court