# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01135-AP

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,

    Defendants.

---

### ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE
### THE ADMINISTRATIVE RECORD ON A CD AND
### TO BE EXCUSED FROM FILING THE AR ELECTRONICALLY

The Court, having considered the Federal Transit Administration's ("FTA") Unopposed Motion for Leave to Submit the AR on CD and to be Excused from Filing the AR Electronically (doc. #14), filed September 2, 2009, and finding good cause therefore, hereby orders that: (1) FTA is excused from filing the AR electronically on the Court's ECF system; (2) FTA shall submit one or more CDs with the contents of the AR; and (3) FTA may serve the AR in the same manner.

    Dated:  September 3, 2009

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court