## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-1135-AP

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

---

Based upon the Unopposed Motion for Leave to File Amicus Curiae Brief in Case No 09-cv-1135-AP, the Court HEREBY ORDERS that:

The Regional Transportation District's Unopposed Motion for Leave to File Amicus Curiae Brief is GRANTED. The Regional Transportation District shall be permitted to file an Amicus Curiae brief.

Dated: October 9, 2009.

_____
United States District Court