IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: February 26, 2010            Courtroom Deputy: LaDonne Bush
                                                              Court Reporter: Kara Spitler

Civil Action No. 09-cv-01135-AP

*Parties:*                                         *Counsel:*

COLORADO RAIL PASSENGER          Phillip Theune
ASSOCIATION,

      Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,     Marla Lien
DENVER UNION STATION PROJECT         Terry Fox
AUTHORITY and                             Jennifer Ross-Amato
THE REGIONAL TRANSPORATION        Nancy-Ellen Zusman
DISTRICT,

      Defendants.
_____

COURTROOM MINUTES
_____

Hearing on Motions for Temporary Restraining Order

10:03 a.m.     Court in session.

Court's comments regarding the AP docket and this case.

Statement by Mr. Theune regarding reaching a settlement.

Discussion regarding the length of time before there is a decision by the Court.

Argument by Mr. Theune.

**ORDERED**: Emergency Motion for A Temporary Restraining Order (Doc. 35) and
                Emergency Motion for a Temporary Restraining Order (Doc. 37) are
                denied for lack of jurisdiction over the parties.

10:22 a.m.     Court in recess.

Hearing concluded.
Time: 00:19