IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-01135-AP

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Colorado Department of Transportation's Unopposed Motion for Leave to File an *Amicus Curiae* Brief (doc. #45), filed February 26, 2010, is **GRANTED**. Colorado Department of Transportation's *Amicus Curiae* Brief (doc. #48) is accepted for filing. Doc. #47, filed February 26, 2010, shall be terminated as a motion as it is actually Colorado Department of Transportation's proposed order, not an additional motion.

Dated: February 26, 2010