IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-01135-AP**

**COLORADO RAIL PASSENGER ASSOCIATION**,

        Plaintiff,

v.

**FEDERAL TRANSIT ADMINISTRATION,**

        Defendant.

    and
Civil Action No. **10-cv-00462-WDM/KMT**

**COLORADO RAIL PASSENGER ASSOCIATION**,

        Plaintiff,

v.

**DENVER UNION STATION PROJECT AUTHORITY and
REGIONAL TRANSPORTATION DISTRICT, a political subdivision of the State of
Colorado,**

        Defendants.

## ORDER OF CONSOLIDATION

The Forthwith Motion to Consolidate pursuant to F.R.C.P. 42(a) and D.C.COLO.LCivR 42.1 (doc. #51), filed March 1, 2010, is GRANTED. Case No. 10-cv-00462-WDM-KMT shall be consolidated with the lower numbered case 09-cv-01135-AP. It is

FURTHER ORDERED that this consolidated action shall be removed from the AP docket for immediate assignment to a judge.

DATED: March 2, 2010

BY THE COURT:

  s/John L. Kane  
United States District Court