## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date: March 17, 2010 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Kara Spitler |

Civil Action No.: 09-cv-01135-REB
Consolidated with Civil Action No.: 10-cv-00462-REB

| | |
|---|---|
| COLORADO RAIL PASSENGER ASSOCIATION, | Philipp C. Theune |
| Plaintiff, | |
| v. | |
| FEDERAL TRANSIT ADMINISTRATION, | Terry Fox |
| DENVER UNION STATION PROJECT AUTHORITY, and | Marla Lien |
| REGIONAL TRANSPORTATION DISTRICT, a | Bob Troyer |
| political subdivision of the State of Colorado, | |
| Defendants. | |

## COURTROOM MINUTES

**Temporary Restraining Order**

**10:07 a.m.    Court in session.**

*(Presiding Senior Judge, John L. Kane)*

Court calls case.

Preliminary remarks by the Court.

Argument heard regarding Emergency Motion And Memorandum In Support For A Temporary restraining Order Against Defendants Denver Union Station Project Authority and Regional Transportation District (Filed 3/12/10; Doc. No. 63).

10:08 a.m.    Argument by Theune.

10:45 a.m.    Argument by Ms. Lien.

11:02 a.m.    Argument by Mr. Troyer.

11:09 a.m.   Argument by Ms. Fox.

11:14 a.m.   Plaintiff's witness, Roger P. Hansen, called and sworn.
Direct examination begins by Mr. Theune.

11:38 a.m.   Cross examination begins by Ms. Fox.

11:44 a.m.   Cross examination by Mr. Troyer.

11:45 a.m.   Witness excused.

11:47 a.m.   Plaintiff's witness, Albert Melcher, called and sworn.
Direct examination begins by Mr. Theune.

**11:58 a.m.   Court in recess.**

**1:35 p.m.   Court in session.**

1:36 p.m.   Continued direct examination by Mr. Theune.

1:58 p.m.   Cross examination begins by Ms. Fox.

2:00 p.m.   Cross examination by Mr. Troyer.

2:13 p.m.   Witness excused.

2:14 p.m.   Plaintiff's witness, Ira Schreiber, called and sworn.
Direct examination begins by Mr. Theune.

2:20 p.m.   Cross examination begins by Ms. Fox.

2:22 p.m.   Cross examination by Ms. Lien.

2:23 p.m.   Cross examination by Mr. Troyer

2:24 p.m.   Redirect examination by Mr. Theune.

Witness excused.

2:25 p.m.   Defendant's witness, Richard Clarke, called and sworn.
Direct examination begins by Ms. Lien.

2:54 p.m.   Cross examination begins by Mr. Theune.

3:08 p.m.   Redirect examination by Ms. Lien.

3:09 p.m.   Re-cross examination by Mr. Theune.

3:10 p.m.   Witness excused.

3:11 p.m.   Defendant's witness, William Mosher, called and sworn.
            Direct examination begins by Mr. Troyer.

Witness excused.

**3:29 p.m.   Court in recess.**

**3:52 p.m.   Court in session.**

Preliminary remarks by the Court.

3:53 p.m.   Closing argument by Mr. Theune.

4:00 p.m.   Closing argument by Ms. Fox.

4:04 p.m.   Closing argument by Ms. Lien.  Questions by the Court.

4:13 p.m.   Closing argument by Mr. Troyer.

4:25 p.m.   Further argument by Mr. Theune.  Questions by the Court.

4:35 p.m.   Comments and rulings by the Court.

**ORDERED**:  Emergency Motion And Memorandum In Support For A Temporary restraining Order Against Defendants Denver Union Station Project Authority and Regional Transportation District (Filed 3/12/10; Doc. No. 63) is taken UNDER ADVISEMENT.

**4:36 p.m.   Court in recess.**
Hearing concluded.
Time in court - 4 hours, 29 minutes.

3