**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-001135-REB
(Consolidated with Civil Action No. 10-cv-00462-REB)

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,
DENVER UNION STATION PROJECT AUTHORITY, and
REGIONAL TRANSPORTATION DISTRICT, a political subdivision of the State of Colorado,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Federal Transit Administration's Unopposed Motion For Leave To File a Sur-Reply** [#81] filed March 24, 2010. The motion is **GRANTED**, and **Federal Transit Administration's Sur-Reply** [#81-2] is accepted for filing.

    Dated: March 29, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.