# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-01135 REB-KMT

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,

    Defendant.

and

Civil Action No. 10-cv-00462-REB

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

DENVER UNION STATION PROJECT AUTHORITY and
REGIONAL TRANSPORTATION DISTRICT, a political subdivision of the State of Colorado,

    Defendants.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. In light of the order [#54][1] consolidating the above-captioned cases, I direct that the caption of these consolidated cases be amended and simplified.

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that in all future filings, these consolidated actions **SHALL** be captioned as follows:

---

Civil Action No. 09-cv-01135 REB-KMT (consolidated with Civil Acton No. 10-cv-00462)

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,

    Defendant.

---

Dated April 1, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge