**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 09-cv-01135-WJM-KMT
(consolidated with Civil Action No. 10-cv-00462)

COLORADO RAIL PASSENGER ASSOCIATION,

    Plaintiff,
v.

FEDERAL TRANSIT ADMINISTRATION,

    Defendant.

---

**ORDER GRANTING MOTION TO CORRECT COURT'S
DECEMBER 15, 2010 ORDER**

---

Before the Court is Plaintiff's unopposed Motion to Correct the Court's December 15, 2010 Order (ECF No. 103) granting Defendants' Motion to Dismiss. (ECF No. 104.) In the Court's December 15, 2010 Order, it stated that the Record of Decision was published on October 17, 2008. (ECF No. 103 at 6.) While the Record of Decision was signed on October 17, 2008 (AR 10251), it was not published in the Federal Register until November 18, 2008. 73 Fed. Reg. 68,494 (Nov. 18, 2008). The statute of limitations for review of an administrative agency's action runs from the time notice of such action is published in the Federal Register, not from the date of the action itself. *See Shiny Rock Mining Corp. v. U.S.*, 906 F.2d 1362, 1364 (9th Cir. 1990).

Accordingly, Plaintiff's Motion to Correct (ECF No. 104) is GRANTED. The Court's December 15, 2010 Order is modified as follows: "The Record of Decision approving the FEIS for the Denver Union Station project was published on November 18, 2008. Therefore the statute of limitations expired on May 18, 2009, which is well

before the complaint implicating RTD and DUPSA was filed." The Court notes that this change does not affect the holding in the Order. Plaintiff's claims against the Regional Transportation District and the Denver Union Station Project Authority are still time-barred.

Dated this 30th day of December, 2011.

BY THE COURT:

William J. Martinez
United States District Judge